171 A.3d 617

**STATEN, Bernard**

v.

**STATE of Maryland**

**Pet. Docket No. 200, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1509, Sept. Term, 2016).

Petition for writ of certiorari dismissed.

171 A.3d 617

**SUMO**

v.

**GARDA WORLD**

**Pet. Docket No. 254, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1010, Sept. Term, 2016).

Petition for writ of certiorari denied.